## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

BEONCA MARIA MCCONNELL, AN INDIVIDUAL,

      Respondent

    v.

B. BRAUN MEDICAL INC., A PENNSYLVANIA CORPORATION, B. BRAUN INTERVENTIONAL SYSTEMS INC., A DELAWARE CORPORATION, AND B. BRAUN MEDICAL S.A.S., A FRENCH CORPORATION,

      Petitioners

: No. 24 EAL 2020
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

  **AND NOW**, this 18th day of May, 2021, the Petition for Allowance of Appeal is **DENIED**.